UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DELLISA RICHARDSON,

        Plaintiff,

v.

CASCADE SKATING RINK, et al.,

        Defendants.

Civil No. 19-08935

**ORDER**

For the reasons expressed in the Court's Opinion filed today,

IT IS on this 15th day of December, 2020

ORDERED that Plaintiff's Motion for Default Judgment against Defendants Cascade Skating Rink and Live Life Headphones, LLC, improperly pleaded as Juan Live Life Entertainment, [ECF No. 13] be, and the same hereby is, DENIED; and it further

ORDERED that, within 30 days of the date of this Order, Plaintiff shall file and serve an amended complaint on both Defendants; if Plaintiff chooses not do so, Plaintiff's claim against Defendants Cascade Skating Rink and Live Life Headphones, LLC will be dismissed, and the matter will be closed.

Date: December 15, 2020          s/ Noel L. Hillman
At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.