UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

DELLISA RICHARDSON,

    Plaintiff,

v.

CASCADE SKATING RINK, et al.,

    Defendants.

Civil No. 19-08935

**ORDER**

---

    For the reasons expressed in the Court's Opinion filed today,

    IT IS on this 6th of April, 2021

    ORDERED that Plaintiff's Motions for Default Judgment (ECF Nos. 24-25) be, and the same hereby, are DENIED; and it is further

    ORDERED that Plaintiff is granted an additional 90 days to effect proper service on Defendants in accordance with Federal Rule of Civil Procedure 4.

Date: April 6, 2021
At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.